UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 06-CR-316

DEVIN L. WILLIAMS,

        Defendant.

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION**

On August 6, 2007, Devin Williams was sentenced to 130 months in the custody of the Bureau of Prisons after conviction for Conspiracy to Distribute Cocaine Base. Williams was also given a 10-year term of supervised release, subject to conditions. His sentence was later reduced to the 10-year mandatory minimum for the offense and he was released from custody in February 2014. For the past seventeen months Williams has been employed at Cummins Emissions Solutions in Mineral Point, Wisconsin. Currently before the court is his motion for early termination of his supervised release.

Williams cites a number of reasons for his request for early termination, including his consistent work at Cummins over the last 17 months, his payment of child support, and his payment of all of the buy money due for the underlying conviction. He also notes his assistance to the government in a very serious offense. All of these are matters that the court looks upon favorably. However, in January 2017 Williams had an OWI arrest and conviction.

The underlying offense in this case carried a mandatory minimum 4 or 5 years of supervised release. Williams has not yet completed even the minimum. This, combined with the recent OWI

arrest and conviction leads the court to conclude that his motion for early termination is premature. Accordingly, the motion is denied. But Williams should not take this decision to mean that he is precluded from seeking such relief later if he continues to maintain employment, meet his legal obligations, demonstrate stability, and has no further violations. Should he continue the progress he has shown in terms of employment and avoid any further law violations, such a request will be seriously considered after a year.

    **SO ORDERED** this 25th day of May, 2018.

                                             sa/William C. Griesbach
                                             William C. Griesbach, Chief Judge
                                             United States District Court